UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | NO. 3:14-CR-0340-K |
| TREVEON DOMINIQUE ANDERSON (9) and JIMMY HATCHETT (13), | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Treveon Anderson's Motion for Judgment of Acquittal or, in the Alternative, Motion for a New Trial (Doc. No. 555) and Defendant Jimmy Hatchett's Motion for Judgment of Acquittal, Motion for New Trial and Authorities in Support Thereof (Doc. No. 556). After carefully considering the motions, response, record, and applicable law, the Court **DENIES** both motions for each Defendant.

**SO ORDERED.**

Signed November 27th, 2018.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE

1